The Honorable Tana Lin
The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY DAVID WERBER, | NO.  C22-1066-TL-SKV |
| Petitioner, | |
| v. | [PROPOSED] ORDER GRANTING UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF SIX PAGES |
| RESIDENTIAL REENTRY MANAGER, | |
| Respondent. | |

The Court, having reviewed the Motion of the United States to File a Reply Brief in Excess of Six Pages, hereby states:  IT IS HEREBY ORDERED that the Motion is GRANTED.  The United States may file its Reply to Gregory Werber's Response to Respondent's Return and Motion to Dismiss Petition that does not exceed 11 pages in length.

DATED this 3rd day of October, 2022.

S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

/s/ Michael S. Morgan
MICHAEL S. MORGAN
Assistant United States Attorney

[PROPOSED] ORDER GRANTING UNITED STATES' MOTION
TO FILE A BRIEF IN EXCESS OF SIX PAGES - 1
*Werber v. Residential Reentry Manager*, C22-1066-TL-SKV

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(2060 553-7970